**FILED**

DEC 20 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

1  Your Name: Cameron O. Windom

2  Address: Civic Center Oakland P.O box # 29772

3  Phone Number: (510) 882-7022

4  Fax Number: _____

5  E-mail Address: neothinkcorporation@gmail.com

6  Pro Se Plaintiff

7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10

11  Cameron O. Windom        Case Number  C18-7660  *[leave blank]*  EDL

12

13                    Plaintiff,        **COMPLAINT**

14         vs.

15  Orrin G. Hatch

16  at all            DEMAND FOR JURY TRIAL

17                    Yes [✓]  No [ ]

18

19                    Defendant.

20

21                    **PARTIES**

22  1. Plaintiff. *[Write your name, address, and phone number. Add a page for additional plaintiffs.]*

23  Name: Cameron O. Windom

24  Address: Civic Center Oakland 201 13th St. Oakland, CA 94612 P.O box 29772

25  Telephone: (510) 882-7022

26

27

28

COMPLAINT

PAGE ___ OF ___  *[JDC TEMPLATE – Rev. 05/2017]*

1     2.  Defendants.  [*Write each defendant's full name, address, and phone number.*]

2  Defendant 1:

3  Name:  Orrin G. Hatcher

4  Address:  United States Senate  Washington, DC 20510

5  Telephone:  (202) 224-3121

6

7  Defendant 2:

8  Name:  Mitch McConnell

9  Address:  United States Senate  Washington, DC 20510

10  Telephone:  (202) 224-3121

11

12  Defendant 3:

13  Name:  Charles E. Schumer

14  Address:  United States Senate  Washington, DC 20510

15  Telephone:  (202) 224-3121

16

17  **JURISDICTION**

18  [*Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.*]

19     3.  My case belongs in federal court

20  ☑ under federal question jurisdiction because it is involves a federal law or right.

21  [*Which federal law or right is involved?*] FTCA, 28 U.S.C §§ 2671-2680,

22  NeoTech Objective law/Rights, United States Constitution.

23  ☐ under diversity jurisdiction because none of the plaintiffs live in the same state as any of the

24  defendants and the amount of damages is more than $75,000.

25

26

27

28

COMPLAINT

PAGE ___ OF ___  *[JDC TEMPLATE – Rev. 05/2017]*

*[Copy this page and insert it where you need additional space.]*

___. United states senate Attachment list:

Defendants: John McCain, Jon L. Kyl, Kamala Harris, James M. Inhofe, Charles Grassley, Christopher J. Dodd, Thomas R. Carper, Benjamin L. Cardin, Larry Pressler, John edward Porter, Richard C. Shelby, Ron Wyden, Brock Adams, Daniel K. Akaka, Bill Nelson, Patrick J. Leath,

___. William L. Armstrong, Max Baucus, Joseph R. Biden, Ben N. Campbell, Jeff Bingaman, Christopher Bond, David L. Boren, Rudy Boschwitz, Barbara Boxer, Bill Bradley, John Breaux, Hank Brown, Richard H. Bryon, Dale Bumpers, Jim Bunning, Quintin N. Burdick, Conrad Burns, John H. Chafee, Thad cochran, William Cohen, Kent conrad, Larry Craig,

___. Alan J. Dixon, Elizabeth H. Dole, Pete V. Domenici, Bryon L. Dorgan, David Durenburger, Mervyn Dymally, Harris E. Fawell, Wendell D. Ford, Wyche fowler, Jake Garn, John Glenn, Albert Gore, Slade Gorton, Bob Graham, Phil Gramm, Tony P. Hall, Thomas R. Harkin, Mark O. Hatfeild, Howell Heflin, John Heinz, Jesse Helms, Ernest F. Hollings,

___. Gorden J. Humphrey, Daniel K. Inouye, James M. Jeffords, Tim Johnson, Bennett J. Johnson, Nancy L. Kassbaum, Robert W. Kasten Jr., Edward M. Kennedy, Robert J. Kerrey, John F. Kerry, Herb Kohl, Frank Lautenberg, Carl Levin, Joseph I. Lieberman, Trent Lott, Richard G. Lugar, James A. McClure, Howard M. Metzenbaum, Barbara A. Mikulski,

___. George J. Mitchell, Don Nickles, Howard C. Nielson, Sam Nunn, Bob Packwood, Claiborne Pell, David Pryor, Harry Reid, Donald W. Riegle Jr., Pat Roberts, Paul S. Sarbanes

*[Copy this page and insert it where you need additional space.]*

1
2      ___. Thomas C. Sawyer, Paul Simon, Alan K. Simpson,
3  Robert C. Smith, Olympia J. Snowe, Arlen Specter,
4  Theodore F. Stevens, Steve Symms, Craig L. Thomas, Strom Thurmond
5  Robert Torricelli, Malcolm Wallop, John W. Warner, Pete Wilson,
6  Timothy E. Wirth, Robert E. Withers, Jesse Jackson, Warren B.
7  Rudman.
8      ___. Nancy Pelosi
9  United States House of Representatives
10  Washington, DC 20515
11  (202) 225-1904
12
13
14      ___. Steny Hoyer
15  United States House of Representatives
16  Washington, DC 20515
17  (202) 225-1904
18
19
20      ___. United States House of Representatives attachment List:
21  Christopher H. Smith, Peter J. Visclosky, Don Young,
22  James F. Sensenbrenner, Ileana Ros-Lehtinen, Harold Rogers,
23  Frank Pallone, Donald M. Payne, David E. Price, Dana Rohrabacher,
24  Jim Cooper, Robert Dole, Duncan Hunter, Walter B. Jones,
25  Marcy Kaptur, Sander Levin, John Lewis, Nita M. Lowey,
26      ___. Richard E. Neal, Lamar S. Smith, Gary L. Ackerman
27  Michael A. Andrews, Beryl Anthony Jr, Frank Annunzio, Douglas
28  Applegate, Bill Archer, Richard K. Armey, Les Aucoin,

COMPLAINT
PAGE ___ OF ___ *[JDC TEMPLATE – 05/17]*

*[Copy this page and insert it where you need additional space.]*

___. Richard Baker, Cass Ballenger, Doug Barnard, Joe Barten, Jim Bates, Anthony C. Beilenson, Charles E. Bennett, Helen D. Bentley, Doug Bereauter, Howard Berman, Tom Bevill, James H. Bilbray, Michael Bilirakis, Thomas J. Bililey Jr., Sherwood L. Boehlert, Lindy Boggs, David E. Bonior, Robert A. Borski Jr, Douglas H. Bosco, Rick Boucher,

___. Joseph E. Brennan, Jack Brooks, William Broomfield, Glen Browder, George E. Brown, Terry L. Bruce, Jack Buechner, Dan Burton, Albert G. Bustamante, Sonny Callahan, Rod Chandler, Jim Chapman, James M. Clarke, Bob Clement, William F. Clinger Jr., Howard Coble, Ronald D. Coleman, Larry Combest, Gary Condit, Silvio O. Conte, John Conyers Jr.,

___. Jerry F. Costello, Lawrence Coughlin, Jim Courter, Christopher C. Cox, William J. Coyne, Philip M. Crane, George W. Crockett Jr., William E. Dannemeyer, Robert W. Davis, Peter A. Defazio, Tom Delay, Ron Delugo, Butler Derrick, Norman D. Dicks, John D. Dingwell, Julian Dixon, Brian J. Donnelly, Robert Dornan, Thomas J. Downey,

___. David Dreier, Jimmy Duncan, Bernald J. Dwyer, Roy Dyson, Joseph D. Early, Dennis E. Eckart, Don Edwards, Mickey Edwards, Bill Emerson, Eliot L. Engle, Glenn English, Ben Erdreich, Lane Evans, Eni F.H. Faleomaraega, Donte Farrell, Vic Fazio, Edward Feighan, Jack Fields, Floyd H. Flake, Ronnie G. Flippo, Thomas M. Foglietta, Thomas S. Foley,

___. Howard E. Ford, William D. Ford, Barney Frank, Bill Frenzel, Martin Frost, Elton Gallegly, Dean A. Gallo, Robert Garcia, Joseph M. Gaydos, Sam Gejdenson, Les Aspin,

COMPLAINT

PAGE ___ OF ___ *[JDC TEMPLATE – 05/17]*

*[Copy this page and insert it where you need additional space.]*

_____. George W. Gekas, Richard A. Gephardt, Pete Geren, Sam Gibbons, Paul Egillmor, Benjamin A. Gilman, Newt Gingrich, Don Glickerman, Henry B. Gonzalez, William H. Gray, Bill Green, Frank J. Guarini, Ralph M. Hall, John Paul Hammerschmidt, Mel Hancock, Claude Harris Jr, Dennis J. Hastert, Charles E. Hatcher, Augustus F. Hawkins, Charles A. Hayes, Joel Hefley,

_____. Bill W.G. Hefner, Paul B. Henry, Walley Herger, Dennis M. Hertel, John P. Hiler, Peter Hoagland, George J. Hochbrueckner, Clyde C. Holloway, Larry J. Hopkins, Frank Horton, Amo Houghton, Carroll Hubbard Jr., Jerry Huckaby, William J. Hughes, Earl Hutto, Henry J. Hyde, Andy Ireland, Andrew Jacobs Jr., Craig T. James, Ed Jenkins, Nancy

_____. L. Johnson, Harry Johnston, Ben Jones, Jim Jontz, Paul E. Kanjorski, Robert W. Kastenmeier, Dale E. Kildee, Gerald D. Kleczka, Jim Kolbe, Joe Kolter, Peter H. Kostmayer, John J. Lafalce, Robert J. Lagomarsino, Tom Lantos, Greg Laughlin, Jim Leach, Marvin Leath, Richard H. Lehman, William Lehman, Mikey Leland, Norman F. Lent, Mel Levine,

_____. Jerry Lewis, Tom Lewis, Joseph M. McDade, Jim Lightfoot, William D. Lipinski, Bob Livingston, Marilyn Lloyd, Jill L. Long, Bill Lowery, Tom Luken, Donald E. Lukens, Connie Mack, Edward R. Madigan, Marlenee, David O.Brien, Matthew G. Martinez, Robert T. Matsui, Spark Matsunaga, Nicholas Mavroules, Romano L. Mazzoli, Alfred A. McCandless,

_____. Frank McCloskEy, Bill McCollum, Jim McCrery, David McCurdy, Jim McDermott, Bob McEwen, Raymond J. McGrath, Matthew F. McHugh, Alex J. McMillan, Michael R. McNulty

*[Copy this page and insert it where you need additional space.]*

_____. Jan Meyers, Clarence E. Miller, George Miller, John Miller, John J. Moakley, Guy V. Molinari, Alan Mollohan, Gillespie V. Montgomery, Jim Moody, Carlos Moorhead, Bruce A. Morrison, Robert J. Mrazek, August J. Murphy, John D. Murtha, John T. Myers, David R. Nagle, William H. Natcher, Stephen L. Neal, Henry J. Nowak, James L. Oberstar,

_____. David R. Obey, Jim Olin, Soloman P. Ortiz, Major R. Owens, Wayne Owens, Michael G. Oxley, Ron Packard, Frank Pallone, Leon E. Panetta, Michael Parker, Stan Parris, Charles Poshayan Jr., Elizabeth J. Patterson, Bill Paxon, Donald M. Payne, Lewis F. Payne Jr., Donald J. Pease, Timothy J. Penny, Carl C. Perkins, Thomas E. Petri, Owen

_____. b. Pickett, James J. Pickle, John C. Porter, Glenn Poshard, James T. Walsh, Carl D. Pursell, James H. Quillen, Nick J. Rahall II, Charles b. Rangel, Arthur Ravenel Jr., Richard Ray, Ralph Regula, John J. Rhodes, Bill Richards, Matthew J. Rinaldo, Donald Ritter, Tommy F. Robinson, Robert A. Roe, Charles Rose, Dan Rostenkowski, Tobias A. Roth,

_____. Marge Roukema, Roy J. Rowland, John G. Rowland, Edward R. Roybal, Marty Russo, Martin Olav Sabo, Patrick Saiki, George E. Sangmeister, Bill Sarpalius, Hugh J. Saxton, Gus Savage, Daniel Schaefer, James H. Scheuer, Steven Schiff, Claudine Schneider, Patricia Schroeder, Richard T. Schulze, Philip R. Sharp, Clay E. Shaw,

_____. Christopher Shays, Norman D. Shumway, Bud Shuster, Gerry Sikorski, Norman Sisisky, David E. Skaggs, Joseph Skeen, Ike Shelton, Jim Slattery,

COMPLAINT

PAGE ____ OF ____ *[JDC TEMPLATE – 05/17]*

*[Copy this page and insert it where you need additional space.]*

____. French D. Slaughter, Dorothy L. Slaughter, Dennis A. Smith, Larkin I Smith, Lawrence J. Smith, Neal E. Smith, Virginia D. Smith, Stephen J. Solarz, Gerald B.H. Soloman, Floyd Spence, John M. Spratt, Jr., Harley O. Staggers, Richard H. Stallings, Arlan Stangeland, Fortney H. Stark, Cliff B. Stearns, Charles W. Stenholm, Louis Stokes, Gerry E. Studds, Bob Stump,

____. Don Sundquist, Allan Swift, Mike Synar, Robbin Tallon, John S. Tanner, Thomas J. Tauke, Wilbert J. Tauzin II, William M. Thomas, Esteban E. Torres, Edolphus Towns, James A. Traficant Jr., Jerome b. Traxler, Morris k. Udall, Jolene Unsoeld, Thaddeus Valentine, Guy Adrian Vander Jagt, Bruce F. Vento, Harold L. Volkmer, Barbara F. Vucanovich,

____. Douglas Walgren, Robert S. Walker, Cardiss Collins Wesley Watkins, Henry A. Waxman, John V. Weber, Theodore S. Weiss, Wayne C. Weldon, Alan Wheat, Robbert Whittaker, Jamie L. Whitten, John Patrick, Charles N. Wilson, Robert E. Wise Jr, Frank R. Wolf, Howard Wolpe, Chalmers P. Wylie, Sidney R. Yates,

____. Constantine Yatron, Charles William Young, Thomas J. Ridge, Norman Y. Mineta

Nicholas F. Brady
1500 Pennsylvania Ave., NW
Washington, DC 20220
(202) 622-2000

____. James A. Baker
2201 C St., NW, Washington, DC 20520
(202) 647-4000

COMPLAINT
PAGE ___ OF ___ *[JDC TEMPLATE – 05/17]*

*[Copy this page and insert it where you need additional space.]*

1

2 ___. Fred T. Goldberg

3 1111 constitution ave., NW

4 Washington, DC 20224

5 (202) 622-5000

6 Additional Defendants: Lawrence B. Gibbs, Thomas P. Coleman,

7 Ryan T. Corrigan, Hubert J. Goodrich.

8 ___. Donald Trump

9 1600 Pennsylvania Ave., NW

10 Washington, DC 20500

11 (202) 456-1414

12 Additional defendants: George Bush, Ronald Reagon, Dan Quayle

13

14 ___. John C. Lawn

15 8701 Morrissette Dr.

16 Springfield, VA 22152

17 (202) 307-1000

18

19 William A. Bennett

20 ___. 1600 Pennsylvania ave., NW

21 Washington, DC 20500

22 (202) 456-1414

23 Dan Coats

24 Office of the National Intellegence

25 Washington, DC 20511

26 ___. (703) - 733-8600

27

28

COMPLAINT

PAGE ___ OF ___ *[JDC TEMPLATE – 05/17]*

- 8 -

*[Copy this page and insert it where you need additional space.]*

___. Rudolph Giuliani

950 Pennsylvania ave., NW

Washington, DC 20530

(202) 514-2000

additional Defendants: Mark Grugel, Ruth anne Myers,

Jeffery B. Setness, Fred vacca, Benito Romano,

___. James F. Rill, Edwin Meese, Richard L. Thornburgh

David Ruder

100 F St., NE

Washington, DC 20549

(202) 551-6551

___. additional defendants: Richard C. Breeden

Robert A. Musbacher

1401 Constitution ave., NW

Washington, DC 20230

(202) 482-2000

___.

Daniel Oliver

600 Pennsylvania ave., NW

Washington, DC 20580

(202) 326-2222

Dick Cheney

___. 1400 Defense Pentagon

Washington, DC 20301

(703) 571-3343

- 8 -

*[Copy this page and insert it where you need additional space.]*

____. Jack Kemp
451 7th St., SW
Washington, DC 20410
(202) 708-1112


Carla Anderson
____. Harold Pratt House
58 E. 68th Street
New York, NY 10065
(212) 434-9400


Lauro F. Cavazos
____. 400 Maryland ave., SW
Washington, DC 20202
(202) 401-2000


Louise W. Sullivan
200 Independence ave., SW
____. Washington, DC 20201
(877) 696-6775


William K. Reilly
Ariel Rios building, 1200 pennsylvania ave., NW
Washington, DC 20460
____. (202) 272-0167


COMPLAINT
PAGE ___ OF ___  *[JDC TEMPLATE – 05/17]*

- 8 -

*[Copy this page and insert it where you need additional space.]*

___. James D. Watkins

1000 Independence ave., SW

Washington, DC 20585

(202) 586-5000


Lynn M. Martin

___. Frances Perkins building

200 constitution ave., NW

Washington, DC 20210

(866) 487-2365


Manuel Logan

___. 1849 C St., NW

Washington, DC 20240

(202) 208-3100

Mike espy

1400 Independence ave., SW

Washington, DC 20250

___. (202) 720-2791


Martin H. Lancaster

1500 Defense Pentagon

Washington, DC 20310

(888) 550-2769

___.

COMPLAINT

PAGE __ OF __    *UDC TEMPLATE – 05/17)*

- 8 -

*[Copy this page and insert it where you need additional space.]*

Lee H. Hamilton
245 Murray Lane, SW
Washington, DC 20528
(202) 282-8000


William S. Sessions
935 Pennsylvania Ave., NW
Washington, DC 20535
(202) 324-3000


Samuel K. Skinner
1200 New Jersey Ave., SE
Washington, DC 20590
(202) 336-4000


Richard C. Steiner
Interpol Washington
U.S Department of Justice
Washington, DC 20530
(202) 616-9000


Arthur Strapp
Information and Customer service division
111 Massachusetts Ave., NW MS 2260
Washington, DC 20529
additional Defendants: Gene McNary, Alan C. Nelson
(800) 375-5283

COMPLAINT
PAGE    OF    IJDC TEMPLATE – 05/17]

- 8 -

*[Copy this page and insert it where you need additional space.]*

1
2      Joseph P. Kennedy Jr.
3      1000 Navy Pentagon
4      Washington, DC 20350
5      (800) 872-6289
6
7      Edward Derwinski
8      810 Vermont Ave., NW
9      Washington, DC 20420
10      (800) 829-4833
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COMPLAINT

PAGE ___ OF ___   *UDC TEMPLATE – 05/17J*

# VENUE

[The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma. If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check the box for each venue option that applies.]

4.    Venue is appropriate in this Court because:

☐ a substantial part of the events I am suing about happened in this district.

☐ a substantial part of the property I am suing about is located in this district.

☑ I am suing the U.S. government, federal agency, or federal official in his or her official capacity <u>and</u> I live in this district.

☐ at least one defendant is located in this District and any other defendants are located in California.

# INTRADISTRICT ASSIGNMENT

[This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka. First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.]

5.    Because this lawsuit arose in __Alameda__ County, it should be assigned to the __San Francisco/Oakland__ Division of this Court.

# STATEMENT OF FACTS

[Write a short and simple description of the facts of your case. Include basic details such as <u>where</u> the events happened, <u>when</u> things happened and <u>who</u> was involved. Put each fact into a separate, numbered paragraph, starting with paragraph number 6. Use more pages as needed.]

___. Today about 200,000 people worldwide use NeoTech advantages, dumping Mysticism and cashing in on neocheaters. NeoTech Cosmic power has spread to about .004% worldwide.

___ In 1980, NeoTech founder Frank.R.Wallace discovered NeoTech golden world.

COMPLAINT
PAGE ___ OF ___ [JDC TEMPLATE – Rev. 05/2017]

- 4 -

____. He revealed a treasure map to that world of prosperity weath and health.

____. At 12:25pm November 3rd, 1986, 16 armed agents of the U.S Government attacked NeoTech research and writing Center. Without warning they punched, kicked, beat to the ground and hospitalized our associates, including Kenneth A. Clark. They destroyed 18 years of NeoTech

____. research. Those agents broke into a safe, took and never returned the accumulated bio Medical Research assets and capital belonging to 2100 RIBI Members.

____. I can now profit handsomely from NeoTech, taken directly from real life actions, these documents deliver honest power and advantages to its Members. I have a ringside seat to cash in on the Ultimate Battle. Indeed, the beauty benefiting from NeoTech is that I never have to

____. be involved battle to cash in a benefit from the Success I & O Publishing Company. I & O knows exactly how to collapse the hoax of Mysticism and ostacize neocheaters without anyone's Physical, Financial or moral Support. To pursue this opportunity, I only need to know

//

//

*[Copy this page and insert it where you need additional space.]*

1

2 ____. whats going on with I 80 Success in collapsing

3 illusions, and neocheaters to collect resulting Power and prosperity.

4 For 22 years I 80 has quietly delivered lifesaving values to

5 thousands worldwide. With that groundwork in place the fandation

6 Phase ceases and awaits a Public courtroom act to confront

7 then ostacize every value Destroyer harming Society.

8 ____. with Neotech, anyone can Peacefully Step outside

9 Politicians and bureaucrats closed System of A Point laws

10 and Regulation backed by Guns and fists.

11

12

13

14 ____. The morning of March, 29, 1990 Dr. wallace

15 released a NeoTech Publication Identifying the Published

16 documents Placed in newsracks in front of the two IRS

17 buildings. The huge 16' x 48' electronic billboard was

18 unveiled in front of the Federal building. Neither Documents

19 nor billboards were   directed at the Public. That time had

20 ____. not Yet began the Public Revolution. The Documents

21 and billboards were directed at Several hundred

22 Professional value destroyers Identified for the first time

23 in print by name. Such Individual had already been

24 Permanently locked into NeoTech Ostacism matrix Since

25 1994, Itemizing the net destructions of each Individual.

26 ____. Those Published names ranged from Criminal

27 minded Individuals holding Various level Positions in

28 government, Big business and legal Professions. In addition to

COMPLAINT

PAGE ____ OF ____  *[JDC TEMPLATE – 05/17]*

*[Copy this page and insert it where you need additional space.]*

_____. names of IRS officials responsible for committing Objective Crimes, other names of federal officials ranged from political exploiter Rudolph Giuliani to barbaric Drug czar William Bennett. All published names were people who used armed beaucratic enforcers and self serving "Ego Justice" to promote themselves and their political _____. Agendas while discarding Objective law and Justice (Ref: NeoTech Protection kit, B.8 W, 1991). All published names of politician and bureaucrats are Professional value destroyers. Those newstand Documents not only published those Specific names of currently in NeoTech's Matrix; but described how the matrix Would function _____. once released to the Public. The guns and fist newsletters described how the matrix would peacefully remove each value destroyer from my present and future. Seizing those documents, armed agents of IRS attacked NeoTech again and Jailed my mentor by nightfall.

_____. Those responsible for attacks on NeoTech will always be liable for damages inflicted upon innocent value producers, as well as on Society today and future generations. NeoTech undermines politicians and bureaucrats who continue to promote and enforce irrational laws, guns and fists on innocent value producers. Indeed, NeoTech will _____. orchestrate the battle to my advantage, always leaving me on the winning side. I just need to sit back and integrate with NeoTech to cash in on the advantages.

COMPLAINT
PAGE ___ OF ___ *[JDC TEMPLATE – 05/17]*

*[Copy this page and insert it where you need additional space.]*

_____. We at NeoTech dont need dishonesties, guns or fists _____ to enforce a NeoTech Summons. Instead out of fairness, historical accracy and exersing my constitutional rights, this following NeoTech Summons gives me a opportunity to confront value destroyers with NeoTech Business Dynamics for prosperty.

_____. NeoTech business Dynamics currently undermining economically and socially through commerce on America's most harmful bureaucracies such as IRS, DEA, FTC, SEC, EPA, HUD, HHS, INS, FDA, Justice, treasury departments a more. Those Politican created criminal divisions of bureaucracies are the underlying causes of rising violence and terrorism _____. throughout America. NeoTech Business Dynamic will redeem harmful politicans with a commercial exhilirating business-like service.

_____ February 1991 Dr. Wallace was tried in court on criminal tax charges. Those bogus tax charges had nothing to do with taxes, but had everything to do with NeoTech _____. Street publication and billboard released 1990. The swat like arrest was dispatched by November 3rd Director Robert E. Withers and IRS agents.

_____ During that first trial Denied Wallace's oath to fully integrated honesty oath rather than the manipulative truth. He denied Wallace's motion due to _____. Continuing his ego justice agendas.

_____ May, 11, 1992 Frank R. Wallace took the honesty oath of objective justice to the 9th circuit court of appeals.

*[Copy this page and insert it where you need additional space.]*

1

2    ___. August, 19, 1992. U.S Ninth circuit Court of Appeals.

3    overturned Judge Lloyd D. George case on Wallace

4    case #(CR-S-90-057-LDG(LRL)) citing "abuse of Judicial discretion."

5        Denying the honesty Motion would deny my

6    constitutional rights.

7

8        ___. The concept of the honesty Motion attatched

9    in NeoTech protection kit, is to take a oath to fully integrated

10   honesty, rather than todays tradition base on manipulative

11   truth. The honesty oath will help rectify all dishonest a point

12   laws, regulation and "ego justice"

13

14       ___. The Guns and fist newsletters revealed in NeoTech

15   protection kit, identifies specific value destroyers and

16   identifies fake laws, and destructive policies. The Guns and

17   fists documents involves Defendants listed in this complaint

18   Dr. Wallace published these value destroyers in NeoTech ostacism

19   matrix in 1991. Activating confrontation mode 1998.

20       ___. With NeoTech matrix and wide scope accounting helmet

21   explicitly reveals the net destructions cause by specific politicians

22   bureaucracies, Judges, lawyer, prosecutors, and white collar

23   hoax business quislings.

24       Today, I only want to honorably, respectfully, and peacefully

25       confront specific harms of Politicians and bureaucrats

26       ___. locked into NeoTech matrix to produce values

27   and pay restitution for your Net destruction inflicted

28   on innocent value producers.

COMPLAINT

PAGE ___ OF ___  *[JDC TEMPLATE – 05/17]*

*[Copy this page and insert it where you need additional space.]*

_____. In 1994, 2450 parasitical elites, neocheaters and professional value destroyers have been permanently locked into NeoTech matrix began 1990. Continuing. NeoTech worldwide revolution overthrow moved from quiet foundation building to public action mode. Began 1998.

_____. Since 1998 NeoTech members have quietly gained unmatched benefits from NeoTech publishing documents, newsletters, and golden helmet.

The "NeoTech wedge" document accompanying document "politician on trial" series, I can begin to do something about _____. the corruption. The NeoTech wedge first started moving in the IRS on April, 22, 1991 and other bureaucracies continuing. The IRS took its first action based on fully integrated honesty in correcting errors and damages done by individuals in its invalid "Criminal Investigation Division". That action was based on disclosing direct evidence of the golden helmet Excess _____. tax payments. **Abating** all taxes, fines and penalties charged to Dr. Wallace of years 1983 to 1985. In 1991 IRS paid restitution for their destructions.

To achieve my goal of prosperity, not only publications, documents were required, but ongoing commercial business _____. of NeoTech dynamics were required with those irrational forces that harms everyone, our government and society.

COMPLAINT
PAGE ___ OF ___  *[JDC TEMPLATE – 05/17]*

*[Copy this page and insert it where you need additional space.]*

___. The first NeoTech golden helmet dynamic involved the IRS through court procedure peacefully in 1980. The Golden helmet gives me the opportunity to benefit as a value producer. Monetary values flowing to my business, which only spent on when I'm in 100% business environment was liability of golden helmet. (Revealed in Golden helmet **Trial Appendix.**

___. Most of the employees in government, business, and professions are not targets for confrontation. But instead they candidates to benefit from economically, professionally and personally by being on the honest side.


___. Orchastrated by "NeoTech wedge" seperating myself from individuals in the Ostracism matrix, since 1990. That wedge is already beginning to move through government and business, seperating myself the honest productive people from destructive officials.


___. All confrontations between me and value destroyers remain silent.
Frank R. Wallace was not only free from prison but free from any political crime.



___.


COMPLAINT
PAGE ___ OF ___ *[JDC TEMPLATE – 05/17]*

1
2
3
4
5
6

## CLAIMS

### First Claim

(*Name the law or right violated:* Objective law Of NeoTech, Constitutional Rights )

(*Name the defendants who violated it:* Politicians of November 3rd. Orrin G. Hatch )

[*Explain briefly here what the law is, what each defendant did to violate it, and how you were*

*harmed. You do not need to make legal arguments. You can refer back to your statement of facts.*]

7
8
9
10
11
12
13
14
15
16
17
18

___. Certain politicians locked into NeoTech ostracism matrix violates objective law. Indicted with guns and fist Newsletters of NeoTech for camouflage fraud and deception Masquerading as a "Service" to the nation. Such criminal behaviors inspire

___. escalating violence and value destruction through government force and a-point laws. November 3rd politicians continue to usurp values from anyone backed by guns, fists, fines and jails. These destructions are harming the means of

___. my life, liberty and happiness. Politicians are using their legal weapon; A-Point Regulations to support their own livelihoods of political agendas. Using bureaucracies to enforce, and destroy innocent value producers.

19       ___. _____
20
21
22
23       ___. _____
24
25
26
27
28   //

COMPLAINT

PAGE ___ OF ___  *[JDC TEMPLATE – 05/17]*

- 6 -

Second _____ **Claim**

(*Name the law or right violated:* Objective law of NeoTech, Constitutional Rights)

(*Name the defendants who violated it:* Internal Revenue Service )

_____. The gun backed IRS, locked into NeoTech ostacism matrix violates Objective law and 8th amendment of Bill of Rights by enforcing illegal tax laws, fraudulent assesment, regulation, penalties, Liens, Levies, Seizures, and garnishments. _____. Individuals and armed "Criminal Investigation Division" is harming by destroying the essence of the economy, society, and freedom backed by force, and Subjective political agendas by Specific individuals. The armed division also backed by _____. collection proceedures and due process while inflicting cruel and unusual punishment on value producers, resulting in a class action lawsuit violated Bill of Rights 8th amendment (Ref: NeoTech IRS abuse Reports, golden helmet). NeoTech estimated 7.1 million _____. Jobs lost from 1980-1990 due to businesses being destroyed by the agency.

_____.

_____.

COMPLAINT

PAGE ___ OF ___ *[JDC TEMPLATE – 05/17]*

- 6 -

1         _____ Third _____ **Claim**

2 (*Name the law or right violated*: NeoTech Objective law, Constitutional Rights )

3 (*Name the defendants who violated it*: (DEA) U.S Drug enforcement Administration)

4      ___. The DEA violates objective law by existing through

5 gun backed policies created by politicians. The DEA armed

6 division promote and expand the Drug problem, crimes, and

7 loss of constitutional rights. They Drain and Damage

8      ___. Society by creating drug policies such as "war on drugs"

9 DEA uses such Deception and fraud from such policies,

10 A point Regulation. They are Destroying the means to life

11 liberty and happiness. As well as the Office of National

12      ___. Drug Control policy.

13

14

15

16      ___. The Department of Treasury - fourth clam

17 The department violates Objective law and my NeoTech rights.

18     Ultimately responsible for the Shrouted crimes of

19 November, 3rd, 1986. Justice emerges for certain of the rises

20      ___. on those crimes, Indicted by NeoTech for Illegally

21 usurping Controls over money, Investments, and business Causing

22 greater Market distortions Crashes that ruin the economy

23 They harming everyone with financial crisis of economy.

24      ___. They are destroying the means of life, liberty and

25 happiness.

26

27

28

COMPLAINT

PAGE ___ OF ___ *[JDC TEMPLATE – 05/17]*

- 8 -

*[Copy this page and insert it where you need additional space.]*

1

2      ___ . The U.S Justice Department - fifth claim

3      The individuals within organization violates objective law

4      and NeoTech rights. Indicted for envy-based Giuliani

5      inspired destruction of productive businesses and businessman,

6      using RICO type laws and Regulations within the Department,

7      harming everyones life, liberty and happiness

8      ___ .

9           The U.S Securities and Exchange Commission-Six claim

10      The SEC violates objective law and NeoTech rights by using

11      Regulatory scams and irrational fake laws existing by virtue

12      of force, backed by threats, fines and Jails. All regulatory SEC

13      type regulations are designed to build bureaucracies that

14      ___ . generate bogus hierarchies of destructive livelihoods.

15      They are harming Society by the nature of white collar hoax

16      business quislings, Destroying life, liberty, and happiness.

17

18           The Federal Trade Commission -Seventh claim

19      The FTC are violating objective law and NeoTech rights.

20      ___ . Waisting time and tax funded money of

21      fraudulant irrational regulations. FTC function by draining

22      time and resources for countless values producers. They are

23      harmful to all consumers by crippling our survival and

24      growth Mechanisims, using Illegal Antitrust regulations.

25

26      ___ .

27

28

COMPLAINT

PAGE ___ OF ___ *[JDC TEMPLATE – 05/17]*

-4-

___. The Food and Drug administration - 8th claim
The FDA Violates Objective law and NeoTech rights, by
enforcing Increasingly Cost prohibitive compliance to
irrational regulations. FDA harms everyone personal wellbeing
and block scientific and medical processes. The FDA is
___. blocking cures for all major diseases and the
development of major longevity advances. for Ex:
research data by competitive enterprise, institute Washington,
DC revealed how gov't regulation causes more injuries and
deaths than all industrial or product accidents combined.
___. (CEI) estimated the FDA refusal to approve the
heart attack drug "TPA", is killing between 20 to 30 people
a day. Total to 7,000 to 10,000 people a year.



___. The U.S Citizenship and immigration Services - 9th claim
The USCIS is violating Objective law and neoTech right.
The gun backed INS expands its law and regulation by
attacking and keeping jobs from America. Indicted for its
racist-based Hammler-inspired destruction of non-saxon
___. Jobs and families. The USCIS uses deception
and fraud at illegal immigrants forcibly draining,
blocking and Jailing ejects from America Prosperity.
Those immigrants who deliver competitive Values to america
have been the backbone of competitive Growth and economic
//
//

COMPLAINT
PAGE ___ OF ___ *[JDC TEMPLATE – Rev. 05/2017]*

- 4 -

1    ____. prosperity in America. Despite dishonest political
2  demagogery harming value producers, the USCIS is
3  harming me by keeping these competitive values from
4  society. The Ins backed by guns and force are not only
5  Racist, but are the criminal acts against American value
6  ____. producers. These crimes are hidden by deceptive
7  myths Such as "Draining Welfare funds" and keeping jobs
8  for americans. Such claims are false. They are draining
9  life, liberty and happiness.

10

11    ____. The U.S Environmental Protection Agency-10th claim
12  The EPA is violating objective law and NeoTech rights
13  by harming people through increased living cost and
14  decreasing living standards that bureaucracy forces on
15  society, especially the lowerClass. The EPA is responsible for
16  ____. 8-20 deaths for every life it theoretically saves.

17

18    Bureaucracies such as U.S Health, Human services-11th claim
19  department and U.S Department of housing and urban
20  development agency are violating objective law and NeoTech
21  ____. rights. They dissipate the crucial, earned capital
22  of all value producing businesses and individuals.

23

24    All destructive individuals have one thing in common-
25  the use of force backed by guns, fist, ego justice, Jails and fines.
26  //
27  //
28

COMPLAINT
PAGE ___ OF ___ *[JDC TEMPLATE – Rev. 05/2017]*

- 7 -

**DEMAND FOR RELIEF**

*[State what you want the Court to do. Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount, or describe the different kinds of harm caused by the defendant.]*

_____. With the honesty motion, the court can uplift the legal foundation of NeoTech Justice, I would like to use the "ego Justice" Terminator created by NeoTech to terminate all subjective political policies in replace of commercially NeoTech Dynamics, and uphold objective law used in any local, state or federal Jurisdiction. I would like to mass market NeoTech newsletters, in which will help cure the disease of mysticism and neocheaters. I honorably and respectfully ask the court to exercise the honesty motion that can assure control over all corrupt policies, proceedings and irrational laws authored by published value destroyers throughout

**DEMAND FOR JURY TRIAL**

*[Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.]*

☑ Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: December, 20, 18    Sign Name: Cameron O. Windom

Print Name: Cameron O. Windom

COMPLAINT

PAGE ___ OF ___ *[JDC TEMPLATE – 05/17]*

- 4 -

_____. The legal professions, government and business. My claims only limited to NeoTech commerce business dynamics replacing all a point laws, subjective policies. The Judicial branch is the only entity ith Constitutional power and moral responsibility to protect _____. our country and government from political harm. The court has the power to reverse the destructive power usurpations being garnered by increasingly presumptuous and invasive individuals within the leg lative and executive branch.

_____. I want to enter the confrontation phase - face to face to commercially uphold NeoTech. For ex: The golden helmet Revenue System replacing the IRS irrational income tax system.

_____. In addition, I am requesting individual restitution pay for your supporting value and net destructions. Amount exceeding $75,000. 700 USD due 30 days of notice. Our subversive activities and Document providing with the court are silent matters between me, _____. the court and defendants. No information is available to the media.

//
//

COMPLAINT
PAGE ___ OF ___ [JDC TEMPLATE – Rev. 05/2017]

472

# Partial Listing of Individuals
## currently in the
## Neo-Tech Ostracization/Veneration Matrix

[Note: Most of the individuals below have negative destructive ratings. Some have neutral or positive ratings to obviate them from moral, social, and economic ostracism. A few listed below have positive to extremely positive value-production ratings, placing them high in the Veneration Matrix. All ratings can change pending new information and the future actions of each individual reflecting his or her movement toward competitive production or dishonest value destruction.]

Value-destruction reports and ratings are currently available to managers of Neo-Tech Bantam Companies. After release of the Seven Neo-Tech Waves, the reports and ratings will be publicly available. Paid Neo-Tech owners will receive this information in advance as it becomes available.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ABED | JULIAN | BOSCO | DOUGLAS H. | COLLINS | CARDISS | DORNAN | ROBERT K. |
| ACKERMAN | GARY L. | BOUCHER | RICK | COMBEST | LARRY | DOWNEY | THOMAS J. |
| ADAMS | BROCK | BOXER | BARBARA | COMPTON | SHARI B. | DREIER | DAVID |
| AKAKA | DANIEL K. | BOYD | STEVEN | CONDIT | GARY | DUKAKIS | MICHAEL |
| ALEXANDER | BILL | BRADLEY | BILL | CONRAD | KENT | DUNCAN | JOHN J., JR. |
| ALIAS | RAMIZ | BRADY | NICHOLAS F. | CONTE | SILVIO | DUNNE | MARY M. |
| ANDERSON | BARBARA | BRANDEN | NATHANIEL | CONYERS | JOHN, JR. | DURBIN | RICHARD J. |
| ANDERSON | GLENN M. | BREAUX | JOHN | COOPER | JIM | DURENBERGER | DAVE |
| ANDREWS | BILL | BREEDEN | RICHARD | CORRIGAN | RYAN | DWYER | BERNARD J. |
| ANDREWS | MICHAEL A. | BRENNAN | JOSEPH E. | CORTINAS | GILBERTO A. | DYMALLY | MERVYN M. |
| ANNUNZIO | FRANK | BRENNAN | WILLIAM J. | CORWIN | JOHN W. | DYSON | ROY |
| ANTHONY | BERYL, JR. | BROOKS | JACK | COSTELLO | JERRY F. | EARLY | JOSEPH D. |
| APPLEGATE | DOUGLAS | BROOMFIELD | WILLIAM S. | COTA | JESSE A. | ECKART | DENNIS E. |
| ARCHER | BILL | BROWDER | GLEN | COUGHLIN | LAWRENCE | EDWARDS | DALE |
| ARMEY | RICHARD K. | BROWN | GEORGE E., JR. | COURTER | JIM | EDWARDS | DON |
| ARMSTRONG | WILLIAM L. | BROWN | HANK | COX | CHRISTOPHER C. | EDWARDS | MICKEY |
| ASPIN | LES | BROWN | ROBERTA | COYNE | WILLIAM J. | EMERSON | BILL |
| AUCOIN | LES | BRUCE | TERRY L. | CRAIG | LARRY E. | ENGEL | ELIOT L. |
| BACHMAN | PAUL | BRYAN | RICHARD H. | CRANE | PHILIP M. | ENGLISH | GLENN |
| BAKER | JAMES A. | BRYANT | JOHN | CRANSTON | ALAN | ERDREICH | BEN |
| BAKER | JAMES A., III | BUCK | JAMES L. | CRAWFORD | DENNIS | ESPY | MIKE |
| BAKER | RICHARD H. | BUECHNER | JACK | CROCKETT | GEORGE W., JR. | ESSELSTROM | CAL |
| BALLENGER | CASS | BUMPERS | DALE | CUOMO | MARIO M. | EVANS | LANE |
| BANBURY | ARCHIE | BUNNING | JIM | D'AMATO | ALFONSE M. | EXON | JAMES J. |
| BARNARD | DOUG, JR. | BURDICK | QUENTIN N. | DANFORTH | JOHN C. | FALEOMAVAEGA | ENI F.H. |
| BARTLETT | STEVE | BURGESS | RICHARD A. | DANNEMEYER | WILLIAM E. | FASCELL | DANTE B. |
| BARTON | JOE | BURNS | CONRAD | DARDEN | GEORGE | FAUNTROY | WALTER E. |
| BATEMAN | HERBERT H. | BURTON | DAN | DARMAN | RICHARD G. | FAWELL | HARRIS W. |
| BATES | JIM | BUSH | GEORGE | DASCHLE | THOMAS A. | FAZIO | VIC |
| BAUCUS | MAX | BUSTAMANTE | ALBERT G. | DAVIDIAN | BENJAMIN G. | FEIGHAN | EDWARD F. |
| BEILENSON | ANTHONY C. | BYRD | ROBERT C. | DAVIS | ROBERT W. | FEWKES | TRENTON |
| BENNETT | CHARLES E. | BYRON | BEVERLY B. | DECARIA | JOSEPH | FIELDS | JACK |
| BENNETT | WILLIAM J. | CALLAHAN | SONNY | DECONCINI | DENNIS | FISH | HAMILTON, JR. |
| BENSON | JAMES | CAMPBELL | BEN N. | DEFAZIO | PETER A. | FLAKE | FLOYD H. |
| BENTLEY | HELEN DELICH | CARDIN | BENJAMIN L. | DE LA GARZA | | FLIPPO | RONNIE G. |
| BENTSEN | LLOYD | CARPER | THOMAS R. | DELAY | TOM | FLORIO | JAMES J. |
| BEREUTER | DOUG | CARR | BOB | DELGADO | BOB | FOGLIETTA | THOMAS M. |
| BERMAN | HOWARD L. | CASEY | DOUG | DELLOSE | KAREN | FOLEY | THOMAS S. |
| BERTSCH | JODY | CAVAZOS | LAURO F. | DELLUMS | RONALD V. | FORD | HAROLD E. |
| BEVILL | TOM | CHAFFEE | JOHN H. | DE LUGO | RON | FORD | WENDELL H. |
| BIDEN | JOSEPH R., JR. | CHANDLER | ROD | DERRICK | BUTLER | FORD | WILLIAM D. |
| BILBRAY | JAMES H. | CHAPMAN | JIM | DERWINSKI | EDWARD J. | FOWLER | WYCHE, JR. |
| BILIRAKIS | MICHAEL | CHARLTON | KURT | DEWINE | MICHAEL | FRANK | BARNEY |
| BINGAMAN | JEFF | CHENEY | RICHARD B. | DIAMOND | BARBIE | FRENZEL | BILL |
| BLACK | PAMELA | CLARK | KENNETH A. | DICKINSON | WILLIAM L. | FROST | MARTIN |
| BLACKMUN | HARRY A. | CLARKE | JAMES MCLURE | DICKS | NORMAN D. | FUSTER | JAIME B. |
| BLAZ | BEN GARRIDO | CLAY | WILLIAM | DINGELL | JOHN D. | GALLEGLY | ELTON |
| BLILEY | THOMAS J., JR. | CLEMENT | BOB | DIXON | ALAN J. | GALLO | DEAN A. |
| BOEHLERT | SHERWOOD L. | CLINGER | WILLIAM F., JR. | DIXON | JULIAN C. | GARCIA | ROBERT |
| BOGGS | LINDY | COATS | DAN | DIXON | PAUL | GARN | JAKE |
| BOGUCKI | AL | COBLE | HOWARD | DODD | CHRISTOPHER J. | GARZA | DE LA E. |
| BOND | CHRISTOPHER | COCHRAN | THAD | DOLE | ELIZABETH H. | GAYDOS | JOSEPH M. |
| BONIOR | DAVID E. | COHEN | WILLIAM S. | DOLE | ROBERT | GEJDENSON | SAM |
| BOREN | DAVID L. | COLEMAN | THOMAS E. | DOMENICI | PETE V. | GEKAS | GEORGE W. |
| BORSKI | ROBERT A. | COLEMAN | RONALD D. | DONNELLY | BRIAN J. | GEPHARDT | RICHARD A. |
| BOSCHWITZ | RUDY | COLEMAN | THOMAS P. | DORGAN | BYRON L. | GEREN | PETE |

20

473

# THE NEO-TECH OSTRACISM/VENERATION MATRIX
### (partial list)

| Surname | First | Surname | First | Surname | First | Surname | First |
|---|---|---|---|---|---|---|---|
| GIBBONS | SAM | HUGHES | WILLIAM J. | LONG | JILL L. | MYERS | JOHN T. |
| GIBBS | LAWRENCE | HUMPHREY | GORDON J. | LOTT | TRENT | MYERS | RUTH ANNE |
| GILLMOR | PAUL E. | HUNTER | DUNCAN | LOWERY | BILL | NADER | RALPH |
| GILMAN | BENJAMIN A. | HUTTO | EARL | LOWEY | NITA M. | NAGLE | DAVID R. |
| GINGRICH | NEWT | HYDE | HENRY J. | LUGAR | RICHARD G. | NATCHER | WILLIAM H. |
| GIULIANI | RUDOLPH | INHOFE | JAMES M. | LUJAN | MANUEL, JR. | NEAL | RICHARD E. |
| GLENN | JOHN | INOUYE | DANIEL K. | LUKEN | THOMAS A. | NEAL | STEPHEN L. |
| GLICKMAN | DAN | IRELAND | ANDY | LUKENS | DONALD E. | NELSON | ALAN C. |
| GOLDBERG | FRED T. | JACKSON | JESSE | LURIE | RON | NELSON | BILL |
| GONZALEZ | HENRY B. | JACOBS | ANDREW, JR. | MACHTLEY | RONALD K. | NICKLES | DON |
| GONZALEZ | MARIA | JAMES | CRAIG T. | MACK | CONNIE | NIELSON | HOWARD C. |
| GOODLING | WILLIAM F. | JEFFORDS | JAMES M. | MADDOX | WILLIAM A. | NOWAK | HENRY J. |
| GOODRICH | HUBERT J. | JENKINS | ED | MADIGAN | EDWARD R. | NUNN | SAM |
| GORDON | BART | JOHNSON | NANCY L. | MANTON | THOMAS J. | O'LEARY | WILLIAM |
| GORE | ALBERT, JR. | JOHNSON | TIM | MARKEY | EDWARD J. | OAKAR | MARY ROSE |
| GORTON | SLADE | JOHNSTON | BENNETT J. | MARLENEE | RON | OBERSTAR | JAMES L. |
| GOSS | PORTER J. | JOHNSTON | HARRY | MARTIN | DAVID O'B. | OBEY | DAVID R. |
| GRADISON | WILLIS D., JR. | JOHNSTON | WILLIAM | MARTIN | LYNN | OLIN | JIM |
| GRAHAM | BOB | JONES | BEN | MARTINEZ | MATTHEW G. | OLIVER | DANIEL |
| GRAHAM | KATHARINE | JONES | WALTER B. | MATSUI | ROBERT T. | ORTIZ | SOLOMON P. |
| GRAMM | PHIL | JONTZ | JIM | MATSUNAGA | SPARK M. | OWENS | MAJOR R. |
| GRANDY | FRED | JUAREZ | FREDRICK | MAVROULES | NICHOLAS | OWENS | WAYNE |
| GRANT | BILL | K. | MIKE | MAZZOLI | ROMANO L. | OXLEY | MICHAEL G. |
| GRASSLEY | CHARLES E. | KANE | MS. | MCCAIN | JOHN | PACKARD | RON |
| GRAY | WILLIAM H. | KANJORSKI | PATRICK E. | MCCANDLESS | ALFRED A. | PACKWOOD | BOB |
| GREEN | BILL | KAPTUR | PAUL E. | MCCLOSKEY | FRANK | PALLONE | FRANK , JR. |
| GRUGEL | MARK | KASICH | MARCY | MCCLURE | JAMES A. | PANETTA | LEON E. |
| GUARINI | FRANK J. | KASSEBAUM | JOHN R. | MCCOLLUM | BILL | PARKER | MIKE |
| GUNDERSON | STEVE | KASTEN | NANCY L. | MCCONNELL | MITCH | PARRIS | STAN |
| HALL | RALPH M. | KASTENMEIER | ROBERT W. , JR. | MCCRERY | DAVE M. | PARSONS | CYNTHIA |
| HALL | TONY P. | KEMP | ROBERT W. | MCCRERY | JIM | PASHAYAN | CHARLES, JR. |
| HALPER | LEO | KENNEDY | JACK | MCCURDY | DAVE | PATTERSON | ELIZABETH J. |
| HAMILTON | LEE H. | KENNEDY | EDWARD M. | MCDADE | JOSEPH M. | PAUL | POPE JOHN, II |
| HAMMERSCHMIDT | JOHN PAUL | KENNELLY | JOSEPH P., II | MCDERMOTT | JIM | PAUL | RON |
| HANCOCK | MEL | KERREY | BARBARA B. | MCEWEN | BOB | PAXON | BILL |
| HANSEN | JAMES | KERRY | ROBERT J. | MCGRATH | RAYMOND J. | PAYNE | DONALD M. |
| HARKIN | TOM | KILDEE | JOHN F. | MCHUGH | MATTHEW F. | PAYNE | LEWIS F. , JR. |
| HARRIS | CLAUDE | KLECZKA | DALE E. | MCMILLAN | ALEX J. | PEASE | DONALD J. |
| HASTERT | DENNIS J. | KOHL | GERALD D. | MCMILLEN | THOMAS C. | PEIKOFF | LEONARD |
| HATCH | ORRIN G. | KOLBE | HERB | MCNARY | GENE | PELL | CLAIBORNE |
| HATCHER | CHARLES | KOLTER | JIM | MCNULTY | MICHAEL R. | PELOSI | NANCY |
| HATFIELD | MARK O. | KOPPEL | JOE | MEESE | EDWIN | PENDERGRASS | JOHN |
| HAWKINS | AUGUSTUS H. | KOSTMAYER | TED | METZENBAUM | HOWARD M. | PENG | LI |
| HAYES | CHARLES A. | KYL | PETER H. | MEYERS | JAN (KS) | PENNY | TIMOTHY J. |
| HAYES | JAMES A. | LAFALCE | JON L. | MFUME | KWEISI | PERKINS | CARL C. |
| HEFLEY | JOEL | LAGOMARSINO | JOHN J. | MICHEL | ROBERT H. | PETRI | THOMAS E. |
| HEFLIN | HOWELL | LALLY | ROBERT J. | MIKULSKI | BARBARA A. | PICKETT | OWEN B. |
| HEFNER | W.G. (BILL) | LAMBERT | NORMA | MILHOLLAN | DAVID | PICKLE | J.J. |
| HEILMAN | MICHAEL J. | LANCASTER | DAVID | MILKEN | MICHAEL | POCKER | RICHARD J. |
| HEINZ | JOHN | LANTOS | H. MARTIN | MILLER | CLARENCE E. | POLLACK | MILTON |
| HELKO | MARTIN | LAUGHLIN | TOM | MILLER | GEORGE | PORTER | JOHN EDWARD |
| HELMS | JESSE | LAUTENBERG | GREG | MILLER | JOHN | PORTER | JON C. |
| HELMSLEY | LEONA | LAWN | FRANK R. | MILLER | ROBERT J. | POSHARD | GLENN |
| HENDRICKS | ROY | LEACH | JOHN C. | MINETA | NORMAN Y. | PRESSLER | LARRY |
| HENRY | PAUL B. | LEAHY | JIM | MITCHELL | GEORGE J. | PRICE | DAVID E. |
| HENRY | WALLY H. | LEATH | PATRICK J. | MOAKLEY | JOHN JOSEPH | PRYOR | DAVID |
| HERGER | WALLY | LEHMAN | MARVIN | MOLINARI | GUY V. | PURSELL | CARL D. |
| HERTEL | DENNIS M. | LEHMAN | RICHARD H. | MOLLOHAN | ALAN B. | QUAYLE | DAN |
| HILER | JOHN | LELAND | WILLIAM | MONTGOMERY | G.V. (SONNY) | QUILLEN | JAMES H. |
| HILLS | CARLA A. | LENT | MICKEY | MOODY | JIM | RAHALL | NICK JOE , II |
| HOAGLAND | PETER | LEVIN | NORMAN F. | MOORHEAD | CARLOS J. | RANGEL | CHARLES B. |
| HOCHBRUECKNR | GEORGE J. | LEVIN | CARL | MORELLA | CONSTANCE A. | RANGLE | CHARLES |
| HOLLAND | DAVID | LEVINE | SANDER M. | MORRIS | JAMES | RATHER | DAN |
| HOLLINGS | ERNEST E. | LEWIS | MEL | MORRISON | BRUCE A. | RAVENEL | ARTHUR , JR. |
| HOLLOWAY | CLYDE | LEWIS | JERRY | MORRISON | SID | RAY | RICHARD |
| HOPKINS | LARRY J. | LEWIS | JOHN | MOSBACHER | ROBERT ADAM | RAY | WILLIAM L. |
| HOROWITZ | DAVID | LIEBERMAN | TOM | MOYNIHAN | DANIEL P. | REAGAN | RONALD |
| HORTON | FRANK | LIGHTFOOT | JOSEPH I. | MRAZEK | ROBERT J. | REGULA | RALPH |
| HOUGHTON | AMO | LIPINSKI | JIM | MURKOWSKI | FRANK H. | REID | HARRY |
| HOYER | STENY H. | LIVINGSTON | WILLIAM O. | MURPHY | AUSTIN J. | REILLY | WILLIAM K. |
| HUBBARD | CARROLL, JR. | LLOYD | BOB | MURPHY | MICHAEL J. | REYNOLDS | MIKE |
| HUCKABY | JERRY | | MARILYN | MURTHA | JOHN P. | RHODES | JOHN J. , III |

21

474

## THE NEO-TECH OSTRACISM/VENERATION MATRIX
(partial list)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| RICHARDSON | BILL | SCHROEDER | PATRICIA | STAGGERS | HARLEY O., JR. | VISCLOSKY | PETER J |
| RIDGE | THOMAS J. | SCHUETTE | BILL | STALLINGS | RICHARD H. | VOLKMER | HAROLD L. |
| RIEGLE | DONALD W., JR. | SCHULZE | RICHARD T. | STANGELAND | ARLAN | VUCANOVICH | BARBARA F |
| RILL | AMES F | SCHUMER | CHARLES E. | STARK | FORTNEY PETE | WADE | BENNETT |
| RINALDO | MATTHEW J. | SENA | GRACE | STEARNS | CLIFF | WALGREN | DOUG |
| RITTER | DON | SENSENBRENNER | JAMES F., JR. | STENHOLM | CHARLES W. | WALKER | JOHN M., JR. |
| ROBB | CHARLES S. | SESSIONS | WILLIAM S. | STEVENS | TED | WALKER | ROBERT S |
| ROBERTS | PAT | SETNESS | JEFFREY B. | STEINER | RICHARD C. | WALLACE | MIKE |
| ROBINSON | TOMMY F. | SHANGKUN | YANG | STERN | DAVID | WALLOP | MALCOLM |
| ROCKEFELLER | JOHN D., IV | SHARP | PHILIP R. | STOKES | LOUIS | WALSH | JAMES T |
| ROE | ROBERT A. | SHAW | CLAY E., JR. | STRANGELAND | ARLAN | WARNER | JOHN W. |
| ROGERS | GARY | SHAYS | CHRISTOPHER | STRAPP | ART | WATERS | HARRY F |
| ROGERS | HAROLD | SHELBY | RICHARD C. | STROHBELM | KARL | WATKINS | JAMES D |
| ROHRABACHER | DANA | SHUMWAY | NORMAN D. | STUDDS | GERRY E. | WATKINS | WES |
| ROMANO | BENITO | SHUSTER | BUD | STUMP | BOB | WAXMAN | HENRY A |
| ROS-LEHTINEN | ILEANA | SHUTT | RONALD | SULLIVAN | LOUIS W. | WEBER | VIN |
| ROSE | CHARLES | SIKORSKI | GERRY | SUNDQUIST | DON | WEISS | TED |
| ROSTENKOWSKI | DAN | SIMON | PAUL | SWIFT | AL | WELDON | CURT |
| ROTH | TOBY | SIMPSON | ALAN K. | SYMMS | STEVE | WHEAT | ALAN |
| ROTH | WILLIAM V., JR. | SISISKY | NORMAN | SYNAR | MIKE | WHITE | BYRON R. |
| ROUKEMA | MARGE | SKAGGS | DAVID E. | TALLON | ROBIN | WHITTAKER | BOB |
| ROWLAND | ROY J | SKEEN | JOE | TANNER | JOHN S. | WHITTEN | JAMIE L |
| ROWLAND | JOHN G. | SKELTON | IKE | TAUKE | THOMAS J. | WILLIAMS | PAT |
| ROYBAL | EDWARD | SKINNER | SAMUEL KNOX | TAUZIN | W.J. | WILLIS | DICK |
| RUDER | DAVID | SLATTERY | JIM | THOMAS | CRAIG | WILSON | CHARLES |
| RUDMAN | WARREN B. | SLAUGHTER | FRENCH D. | THOMAS | ROBERT L. | WILSON | PETE |
| RULE | CHARLES F | SLAUGHTER | LOUISE M. | THOMAS | WILLIAM M. | WINCHELL | DAVID |
| RUSSO | MARTY | SMITH | CHRISTOPHER | THOMPSON | GARY | WIRTH | TIMOTHY E. |
| SABO | MARTIN OLAY | SMITH | DENNY | THORLEY | ROLLIN | WISE | ROBERT E., JR |
| SAIKI | PATRICIA F | SMITH | LAMAR S. | THORNBURGH | RICHARD L. | WITHERS | ROBERT E. |
| SALEENO | JOSEPH | SMITH | LARKIN | THURMOND | STROM | WOLF | FRANK R. |
| SALISBURY | ROBERT H. | SMITH | LAWRENCE J. | TORRES | ESTEBAN E. | WOLPE | HOWARD |
| SANFORD | TERRY | SMITH | NEAL | TORRICELLI | ROBERT G. | WOOD | J.M. |
| SANGMEISTER | GEORGE E. | SMITH | PETER | TOWNS | EDOLPHUS | WOODS | KIMBA |
| SARBANES | PAUL S. | SMITH | RICHARD M. | TRAFICANT | JAMES A., JR. | WYDEN | RON |
| SARPALIUS | BILL | SMITH | ROBERT C. | TRAXLER | BOB | WYLIE | CHALMERS P. |
| SASSER | JIM | SMITH | ROBERT F. | TRUMP | DONALD | XIAOPING | DENG |
| SAVAGE | GUS | SMITH | RON | UDALL | MORRIS K. | YATES | SIDNEY R. |
| SAWYER | THOMAS C. | SMITH | VIRGINIA | UNSOELD | JOLENE | YATRON | GUS |
| SAXTON | JIM | SNOWE | OLYMPIA J. | UPTON | FREDERICK S. | YEUTTER | CLAYTON |
| SCALEI | ANTHONY | SOLARZ | STEPHEN J. | USIAK | STEVE R. | YOUNG | C.W. BILL |
| SCHAEFER | DAN | SOLOMON | GERALD B.H. | VACCA | FRED | YOUNG | DON |
| SCHEUER | JAMES H. | SPECTER | ARLEN | VALENTINE | TIM | | |
| SCHIFF | STEVEN | SPENCE | FLOYD | VANDERJAGT | GUY | | |
| SCHNEIDER | CLAUDINE | SPRATT | JOHN M., JR. | VENTO | BRUCE F. | | |

## FULLY INTEGRATED HONESTY (NEO-TECH) WILL FOREVER END
## ALL UNJUST ATTACKS ON BUSINESS

What is the most moral and ethical service anyone can perform for society? That difficult service is the production of competitive values and jobs for others. Thus, to link crime and punishment to value and job production is a contradiction of justice, morality, and rationality. Yes, value producers can be held liable for mistakes and errors — but only on just civil bases, never on unjust criminal or punitive bases. In fact, with Neo-Tech, legislation will evolve to protect all value producers from unjust criminal and punitive charges instigated by professional value destroyers. Such legislation will, in turn, lead to a constitutional amendment to protect value producers from all criminal and punitive attacks evolving from money-mad lawyers, dishonest lawmakers, and destructive bureaucrats[1].

---

**ABOUT OUR ADVERSARIES**

*Without their resistance, we have no strength*
*Without their reactions, we have no weapons*
*Without their inflictions, we have no success*
*Without their attacks, we have no victory*

John Finn on launching the billboard and November-3rd newsletters on the morning of March 29th

---

[1]Bureaucracies such as the SEC, FDA, FTC, EPA, and OSHA increasingly control and criminalize value-producing activities. Dishonest politicians increasingly arm and empower those bureaucracies with irrational *a-point* laws. And unprincipled lawyers multiply the resulting damages to society through money-mad tort promotions and deep-pocket liability injustices. Moreover, criminal-minded bureaucracies such as HEW and HUD increasingly dissipate the crucial, earned capital of all value-producing businesses and individuals.

0930800



# Legal Exhibit
## Ego-"Justice" Terminator

### Objective Law Must be Upheld

This Legal Exhibit demands that objective law be upheld by all officers of the court. Attach this Exhibit to all motions, legal documents, correspondence used in any local, state, or federal jurisdiction.

This Legal Exhibit Demands the Termination of
1. Subjective, Political-Agenda Laws
2. Ego "Justice"

Upon receipt of this Legal Exhibit, under penalty of job termination, judges as well as prosecutors and lawyers must reject *all* forms of subjective, political-agenda law and ego "justice". Those officers of the court must henceforth practice only objective law.

**Subjective Laws** include political-agenda laws conjured up by politicians and bureaucrats to gain self-serving benefits, false egos, and unearned power. Enforcement of political-agenda laws requires the use of force and armed bureaucrats against innocent people.

**Objective Laws** are not conjured up by politicians or bureaucrats. Instead, like the laws of physics, they arise from the *immutable laws of nature*. Such laws are valid, benefit everyone, and advance society. Objective laws are based on the moral prohibition of initiatory force, threats of force, and fraud.

**Ego "Justice"** is the use of subjective, political-agenda laws to gain harmful livelihoods and feel false importance. Ego "justice" is the survival tool of many harmful politicians, lawyers, and judges.

### Benefit-of-the-Doubt Clause

Except for the most egregious offenders, this Legal Exhibit presents an opportunity for officers of the court to amend their past errors of supporting subjective law and using ego "justice".

Each officer must henceforth uphold objective law and reject ego "justice" along with its gun-backed, political-agenda laws and enforcements.

Purpose of this Legal Exhibit
1. To inform officers of the court that practicing ego "justice" and using threats, force, fines, guns, and jails to enforce political-agenda laws are serious, objective crimes that must eventually be prosecuted.
2. To inform officers of the court that they are henceforth fully responsible for upholding objective law and rejecting ego "justice".

### ORDER

Render criminal penalties *only* against those violating objective laws in committing objective crimes. Objective crimes occur only upon the initiation of force or fraud against individuals and their property. Such crimes include murder, rape, assault, robbery, fraud. Those crimes also include *all* ego-"justice" frauds. Such criminal frauds encompass gun-backed threats, gun-backed assaults, gun-backed pillagings, and gun-backed false imprisonments executed by armed bureaucracies enforcing political-agenda laws. Also, the illegal, political weapons of RICO and seizure laws are increasingly used against innocent people. ...All such political-agenda and ego-"justice" crimes are terminated by enforcing *objective* law.

After receipt of this Legal Exhibit, any officer of the court who commits such crimes of ego "justice" and judicial fraud will eventually be identified, prosecuted, and have his or her harmful career terminated. And, through objective justice, court officers guilty of those serious crimes must pay restitution to their victims.

### NOTICE

Citizens should always try to serve as jurors on political-"crime" trials...and *always* vote acquittal.

— This legal exhibit is **not copyrighted** —

Anyone may photocopy this Legal Exhibit for repeated use on attaching to all legal documents. This Legal Exhibit is also available in French, German, Spanish, Italian, and other languages for use in jurisdictions worldwide.

Address correspondence to: The Zon Association, P.O. Box 60752, Boulder City, Nevada 89006

# The Constitution of the Universe

## Preamble

The purpose of human life is to live happily.

The function of government is to guarantee those conditions that allow individuals to fulfill their purpose. Those conditions can be guaranteed through a constitution that forbids the use of initiatory force, fraud, or coercion by any person or group against any individual:

\* \* \*

## Article 1

No person, group of persons or government may initiate force, threat of force, or fraud against any individual's self or property.

## Article 2

Force may be morally and legally used only in self-defense against those who violate Article 1.

## Article 3

No exceptions shall exist for Articles 1 and 2.

\* \* \*

The Neo-Tech Constitution rests on six axioms:

1. Values exist only relative to life.
2. Whatever benefits a living organism is a value to that organism. Whatever harms a living organism is a disvalue to that organism.
3. The basic value against which all values are measured is the conscious individual.
4. Morals relate only to conscious individuals.
5. Immoral actions arise from individuals choosing to harm others through force, fraud, deception, coercion — or from individuals choosing to usurp, attack, or destroy values earned by others.
6. Moral actions arise from individuals choosing to benefit others by competitively producing values for them.

Golden-Helmet Overture
The Victory

**...TIONS AND IDEAS YOU NEED TO SURVIVE AND PROSPER...**

Mysticism evokes, accepts, or uses dishonest notions to create problems where none exist. Contrary to popular belief, mysticism today seldom involves religion or the occult. For, religion and the occult are silly, dying forms of mysticism with fading powers to hurt honest value producers. More generally, mysticism is the dishonesty that evolves from using feelings or rationalizations to generate mind-created "realities". In turn, those "realities" create unnecessary problems and unnatural destructions. Unnecessary and unnatural because the human brain cannot create reality. Instead, the brain perceives and then integrates facts of reality. Thus, "reality"creating mysticism is a perversion or disease of human consciousness. Indeed, mysticism is the destruction disease. For mysticism blocks brain integrations to erode all values. Hence, mysticism is suicide on all levels — on personal, family, social, and business levels; on local, national, and world levels.

Neocheating is the undetected usurpation of a livelihood — the unsuspicious stealing of money or values through clever manipulations of dishonest rationalizations and mystical notions. Neocheating means *new cheating* for usurping values earned by others. Actually, shrewd, dishonest, lazy people have used neocheating for 2000 years in hidden, unnoticeable ways. But the *techniques* of neocheating were not specifically identified until this decade. Thus, neocheating is a *new identification* rather than a *new technique*. Before that identification, no one could define or even notice a neocheater, much less stop his or her neocheating. Now, anyone with Neo-Tech can easily spot neocheaters and render them impotent. For, against Neo-Tech, the illusions of mysticism vanish and neocheaters become powerless.

Neo-Tech is a noun or an adjective meaning *fully integrated honesty* linked to facts and reality. Neo-Tech creates a collection of *new techniques* or *new technology* that lets one know exactly what is happening and what to do for gaining honest advantages in all situations. Neo-Tech provides the power to profit in every situation by collapsing neocheating and all other forms of mysticism. ...By contrast, mysticism is *unintegrated* dishonesty based on rationalizations and mind-created "realities". While neocheating is *integrated* dishonesty based on purposeful manipulations of mystical or false notions.

 • The essence of Neo-Tech is honesty and effort.
 • The essence of mysticism is hidden laziness.
 • The essence of neocheating is hidden dishonesty.

*NEO-TECH* lets one act consistently on *facts*. That approach yields happy emotions. Thus, Neo-Tech captures reality by validly having **actions beget emotions**. ...*Neo-Tech integrates the mind.*

*MYSTICISM* lets one act arbitrarily on *feelings*. That approach yields harmful actions. Thus, mysticism loses reality by invalidly letting **emotions beget actions**. ...*Mysticism disintegrates the mind.*

Mysticism is the essential tool of all neocheating value destroyers. But Neo-Tech cures the disease of mysticism to end all dishonesty and neocheating. Neothink is the unlimited wide integrations made possible by the eradication of mysticism through Neo-Tech. Neothink is Neo-Tech on a high-effort, essence-moving vector: *Neothink outcompetes all, controls all. Neothink dominates the universe.*

The Criminal Mind: *Others owe me a living. Thus I can live by destroying, stealing, leaching, or usurping values earned by others.* All criminal minds lay the responsibility for competitive value production onto others. Such criminal minds epitomize politicians, clergymen, business quislings and many bureaucrats, academe, news journalists, lawyers. For their behaviors fit Dostoyevsky's *Crime and Punishment* definitive description of the criminal mind: (1) Unawareness of or contempt for individual property rights. (2) The presumption that parasites, usurpers, enviers, and con artists have a right to live off the productive efforts of others. ...Criminal minds exist by using deception or force to drain value producers. Survival depends on value destruction and dishonesty. Unhappiness and ineptness result.

The Business Mind: *I must earn my own living. Thus, I must live through my own productive efforts. I must competitively create and produce values needed by others.* ...Such value-producing business minds are the exact opposite of value-destroying criminal minds. For productive business minds, by nature, respect individual property rights. Business minds never need to use deception, fraud, or force to prosper. Survival depends on value production, effort, and honesty. Happiness and competence result.

Money: Is it wanted for laziness or effort? A criminal mind sees all money as a way to escape competitive efforts needed to produce values for others. A business mind sees earned money as a way to increase competitive efforts to produce more values for others.

The Cosmic Mind is a mystic-free, Neo-Tech mind: the powerful business mind of advanced civilizations. The Cosmic Business Mind easily outflanks and outcompetes the stunted thinking and unintegrated behavior of all criminal and mystic-plagued minds.

Value Destroyers have criminal minds that harm society. They live by usurping or destroying values produced by others. Their lives are bogus, dishonest, unhappy.

Value Producers have business minds that benefit society. They live by creating or producing values for others. Their lives are valid, honest, happy, exciting.

Truth is a mushy, hydra-headed word. Everyone disputes its meaning. Truth denotes a *static assertion* that changes from person to person, opinion to opinion, culture to culture. Thus, *truth* is a hollow, manipulating word that all professional mystics and neocheaters promulgate in their attempts to gain credibility for their deceptions and destructions.

Honesty is a solid, indivisible word. No one disputes its meaning. Honesty is a hard-effort, volitional process that is identical for every conscious being. *Honesty* is the exact thinking and acting process that all professional mystics and neocheaters must becloud in order to live off the value producer.

*Discard the Word Truth; Use the Word Honesty*
*Reject dishonest a points, act only on the point*
*For justice, only one honest the point exists:*
Who is the value destroyer; who is the value producer?
INTEGRATED THINKING MEANS KNOWLEDGE AND POWER
Integrated thinking is the conscious effort of putting information into accurate context by logically and honestly connecting *all* relevant knowledge. All valid and powerful knowledge is contextual. Thus, genuine power is gained through integrated thinking used to capture the widest possible range of contextual knowledge. Integrated thinking delivers unbeatable advantages.

The Value-Producers'

# CALL TO REVOLUTION

### Preamble

We stand united — the worker, ditch digger, farmer, tradesman, office worker, business person, billionaire entrepreneur — the productive class. Dishonest parasitical elites shall no longer live off our work. They shall no longer exist by deceiving us.

# The Two Points of Revolution
## *The Enemy*
## *The Promise*

| Point One THE ENEMY | The enemy is the parasitical-elite class comprised of harmful politicians, lawyers, judges, prosecutors, bureaucrats, clerics, and other leeches, neocheaters, professional value destroyers, and agents of force. Those people fraudulently live off you. ...They have stolen their livings from you for far too long. |
|---|---|
| Point Two THE PROMISE | We will eliminate the parasitical elites. That ridding of the leech class will yield the unlimited expansion of jobs, prosperity, pride, and security for all honest value producers, their children, and their future generations. |

# WE DEMAND!

We the value-producing workers, entrepreneurs, business people, soldiers, police, youth, students, parish priests, exploited government employees, and suffering unemployed demand the breaking of all deceptions foisted upon us — deceptions that let the parasitical elites drain and harm our lives.

## WE SHALL TERMINATE THE PARASITICAL-ELITE CLASS

We shall break the chain that chokes our lives. We shall terminate the parasitical-elite class forever. ...Our march to peace and prosperity begins now!



Have you been wronged, hurt, used, drained, exploited, or diminished by government "authorities", bureaucrats, religion, "law" enforcers, lawyers, certain unions, certain businesses, certain "friends" or relatives? The Prosperity Revolution will turn that harm into peace and prosperity.

*Movement II: The Anticivilization*



RULES FOR LIMITLESS PROSPERITY

**Rule 1**

No person, group of persons or government may initiate force, threat of force, or fraud against any individual or private property.

**Rule 2**

Force may be morally and legally used only in self-defense against those who violate Rule 1.

**Rule 3**

No exceptions shall exist for Rules 1 and 2.

*Initiation of force, except in self-defense, always leads to destruction and is the opposite of value.*

164