UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON WINDOM,<br><br>    Plaintiff,<br><br>    v.<br><br>INTERNAL REVENUE SERVICE,<br><br>    Defendant. | Case No. 20-cv-01506-NC<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pro se plaintiff Cameron Windom sues defendant Internal Revenue Service for violation of the Eighth Amendment. *See* Dkt. No. 1. This lawsuit appears similar to Windom's second claim in his prior lawsuit against various government officials, *Windom v. Hatch et al.*, No. 3:18-cv-07660-RS. *See Windom v. Hatch*, Dkt. No. 1 at 24.

Accordingly, pursuant to Civil Local Rule 3-12(c), the undersigned REFERS this action to the Honorable Richard Seeborg for consideration of whether the case is related to *Windom v. Hatch et al.*, No. 3:18-cv-07660-RS.

**IT IS SO ORDERED.**

Dated: March 2, 2020

_____
NATHANAEL M. COUSINS
United States Magistrate Judge